**STATE of Missouri, Respondent,**

v.

**Robert PRUITT, Appellant.**

**Robert PRUITT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 63727, 66447.**

Missouri Court of Appeals,
Eastern District,
Division Two.

March 14, 1995.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent State.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant Pruitt.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

### ORDER

PER CURIAM.

Defendant appeals the judgment entered on his conviction by a jury of delivery of a controlled substance. The trial court sentenced defendant as a prior offender to ten years imprisonment. Defendant also appeals the denial of his Rule 29.15 motion without an evidentiary hearing. No jurisprudential purpose would be served by a written opin-